# 6:20-cv-00350

EXHIBIT B

PRELIMINARY CLAIM CHART (Subject to supplementation and amendment based on acquisition of further information)

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
| 8. An apparatus comprising: a detection circuit configured to generate a signal having on event condition; and | The accused product utilizes an apparatus comprising: a detection circuit (e.g., a battery monitoring circuit) configured to generate a signal (e.g., voltage or current notification) having on event condition (e.g., if state is high or low).<br><br>As shown below, the LG V30 utilizes a Qualcomm Snapdragon 835 processor. |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
|  | <br>https://www.att.com/buy/phones/lg-v30-64gb-cloud-silver.html |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
|  | Processor — Chipset: Qualcomm® Snapdragon™ 835; Cores: Octa-core, 4 at 2.45GHz and 4 at 1.9GHz<br><br>https://www.att.com/buy/phones/lg-v30-64gb-cloud-silver.html<br><br>As shown below, the Snapdragon 835 includes a battery monitoring circuit that generates a signal based upon the occurrence of a certain condition (in this case voltage variances for normal values).<br><br>Qualcomm Snapdragon 835 Mobile Platform<br><br>https://www.qualcomm.com/products/snapdragon-835-mobile-platform |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
|  | **Snapdragon 835 mobile platform advancements:** <br><br> + Snapdragon X16 LTE modem: mobile connectivity with LTE download speeds up to 1 Gbps, multi-gigabit 802.11ad, and integrated 2x2 802.11ac Wi-Fi with MU-MIMO <br><br> + Qualcomm® Quick Charge™ 4 technology: 20% faster, 30% more efficient than our previous generation, charge from zero to up to 50% in 15 minutes² <br><br> + Qualcomm® Adreno™ 540 GPU with visual processing subsystem: Advanced 3-D graphics rendering and up to 60X more colors help deliver life-like visuals for immersive experiences¹ <br><br> + Qualcomm Spectra™ 180 Camera ISP: Dual 14-bit ISPs support up to 32MP single or dual 16MP cameras for the ultimate photography and videography experience <br><br> + Qualcomm® Hexagon™ 682 DSP: Support for latest Machine Learning frameworks and image processing. Includes Hexagon Vector eXtensions and Qualcomm All-Ways Aware™ technology utilizing connectivity and sensors <br><br> https://www.qualcomm.com/media/documents/files/snapdragon-835-mobile-platform-product-brief.pdf |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
| | ```
5006.          qcom,bcl {
5007.              compatible = "qcom,bcl";
5008.              qcom,bcl-enable;
5009.              qcom,bcl-framework-interface;
5010.              qcom,bcl-freq-control-list = <0x1a 0x1b 0x1c 0x1d>;
5011.              qcom,bcl-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5012.              qcom,bcl-soc-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5013.
5014.              qcom,ibat-monitor {
5015.                  qcom,low-threshold-uamp = <0x33e140>;
5016.                  qcom,high-threshold-uamp = <0x401640>;
5017.                  qcom,mitigation-freq-khz = <0x8ca00>;
5018.                  qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                  qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                  qcom,soc-low-threshold = <0xa>;
5021.                  qcom,thermal-handle = <0xa0>;
5022.              };
5023.          };
``` <br> https://pastebin.com/U0i7nP4P |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
|  | ```
564        bcl->btm_vph_adc_param.btm_ctx = bcl;
565        bcl->btm_vph_adc_param.threshold_notification = bcl_vph_notification;
566        bcl->btm_vph_adc_param.channel = bcl->btm_vph_chan;
1381       bcl->btm_ibat_adc_param.btm_ctx = bcl;
1382       bcl->btm_ibat_adc_param.threshold_notification = bcl_ibat_notification;
1383       bcl->btm_ibat_adc_param.channel = bcl->btm_ibat_chan;
```
*bcl_vph_notification* — Reports a voltatge value
*bcl_ibat_notification* — Reports a current value
```
536   static void bcl_ibat_notification(enum qpnp_tm_state state, void *ctx);
537   static void bcl_vph_notification(enum qpnp_tm_state state, void *ctx);
```
https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c
```
707   enum qpnp_tm_state {
708         ADC_TM_HIGH_STATE = 0,
709         ADC_TM_COOL_STATE = ADC_TM_HIGH_STATE,
710         ADC_TM_LOW_STATE,
711         ADC_TM_WARM_STATE = ADC_TM_LOW_STATE,
712         ADC_TM_STATE_NUM,
713   };
```
https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-asus-3.10-nougat-mr1-wear-release/include/linux/qpnp/qpnp-adc.h |
| a storage circuit configured to store said event; | The accused product comprises a storage circuit (e.g., L2 cache) configured to store said event (e.g., if state is high or low).<br><br>As shown below, the Snapdragon 835 includes an L2 cache that stores voltage variance events. |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
|  | <br>https://www.androidauthority.com/qualcomm-details-snapdragon-835-735688/ |
| a table configured to store a plurality of event types; and | The accused product comprises a table (e.g., a table containing various thresholds) configured to store a plurality of event types (e.g., if state is high or low).<br><br>As shown in the code below, the Snapdragon 835 utilizes a table that defines various voltage conditions and their corresponding thresholds. |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
| | ```
5006.        qcom,bcl {
5007.            compatible = "qcom,bcl";
5008.            qcom,bcl-enable;
5009.            qcom,bcl-framework-interface;
5010.            qcom,bcl-freq-control-list = <0x1a 0x1b 0x1c 0x1d>;
5011.            qcom,bcl-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5012.            qcom,bcl-soc-hotplug-list = <0x1a 0x1b 0x1c 0x1d>;
5013.
5014.            qcom,ibat-monitor {
5015.                qcom,low-threshold-uamp = <0x33e140>;
5016.                qcom,high-threshold-uamp = <0x401640>;
5017.                qcom,mitigation-freq-khz = <0x8ca00>;
5018.                qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                qcom,soc-low-threshold = <0xa>;
5021.                qcom,thermal-handle = <0xa0>;
5022.            };
5023.        };
``` |
| | https://pastebin.com/U0i7nP4P |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
| | ```
5014.          qcom,ibat-monitor {
5015.              qcom,low-threshold-uamp = <0x33e140>;
5016.              qcom,high-threshold-uamp = <0x401640>;
5017.              qcom,mitigation-freq-khz = <0x8ca00>;
5018.              qcom,vph-high-threshold-uv = <0x3567e0>;
5019.              qcom,vph-low-threshold-uv = <0x325aa0>;
5020.              qcom,soc-low-threshold = <0xa>;
5021.              qcom,thermal-handle = <0xa0>;
5022.          };
5023.      };
```<br>https://pastebin.com/U0i7nP4P |
| a circuit configured to (i) reset when said event condition is a first predetermined type and (ii) implement recover action when said event condition is a second predetermined type, wherein said first and second predetermined types are determined in response to a comparison of said event to said plurality of event types stored in said table. | The accused product comprises a circuit (e.g., resource power manager circuit) configured to (i) reset (e.g., cpu_down) when said event condition is a first predetermined type (e.g., when bcl_soc_state == BCL_LOW_THRESHOLD OR bcl_vph_state == BCL_LOW_THRESHOLD) and (ii) implement recover action (e.g., cpu_up) when said event condition is a second predetermined type (e.g., when bcl_soc_state is not equal to BCL_LOW_THRESHOLD, bcl_vph_state is not equal to BCL_LOW_THRESHOLD and bcl_ibat_state is not equal to BCL_HIGH_THRESHOLD), wherein said first and second predetermined types are determined in response to a comparison of said event to said plurality of event types stored in said table (e.g. the comparison of collected values with stored thresholds). |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
|  |  https://android.googlesource.com/kernel/msm/+/android-7.1.0_r0.2/Documentation/arm/msm/rpm.txt  https://www.slideshare.net/linaroorg/lcu14-210-qualcomm-snapdragon-power-management-unique-challenges-for-power-frameworks |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
| | ```
213  #ifdef CONFIG_SMP
214  static void __ref bcl_handle_hotplug(struct work_struct *work)
215  {
216      int ret = 0, _cpu = 0;
217
218      mutex_lock(&bcl_hotplug_mutex);
219      if (cpumask_empty(bcl_cpu_online_mask))
220          bcl_update_online_mask();
221
222      if (bcl_soc_state == BCL_LOW_THRESHOLD
223              || bcl_vph_state == BCL_LOW_THRESHOLD)
224          bcl_hotplug_request = bcl_soc_hotplug_mask;
225      else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226          bcl_hotplug_request = bcl_hotplug_mask;
227      else
228          bcl_hotplug_request = 0;
229
230      for_each_possible_cpu(_cpu) {
231          if ((!(bcl_hotplug_mask & BIT(_cpu))
232                  && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                  || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234              continue;
235
236          if (bcl_hotplug_request & BIT(_cpu)) {
237              if (!cpu_online(_cpu))
238                  continue;
239              ret = cpu_down(_cpu);
240              if (ret)
``` (lines 222–226: "Event condition is a first predetermined type"; line 239: "Reset") <br> https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
| | ```
214    static void __ref bcl_handle_hotplug(struct work_struct *work)
215    {
216            int ret = 0, _cpu = 0;
217
218            mutex_lock(&bcl_hotplug_mutex);
219            if (cpumask_empty(bcl_cpu_online_mask))
220                    bcl_update_online_mask();
221
222            if  (bcl_soc_state == BCL_LOW_THRESHOLD
223                    || bcl_vph_state == BCL_LOW_THRESHOLD)
224                    bcl_hotplug_request = bcl_soc_hotplug_mask;
225            else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                    bcl_hotplug_request = bcl_hotplug_mask;
227            else
228                    bcl_hotplug_request = 0;                    ── Event condition is a
229                                                                   second predetermined
230            for_each_possible_cpu(_cpu) {                          type
231                    if ((!(bcl_hotplug_mask & BIT(_cpu))
232                            && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                            || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                            continue;
235
236                    if (bcl_hotplug_request & BIT(_cpu)) {
237                            if (!cpu_online(_cpu))
238                                    continue;
239                            ret = cpu_down(_cpu);
240                            if (ret)
241                                    pr_err("Error %d offlining core %d\n",
242                                            ret, _cpu);
243                            else
244                                    pr_debug("Set Offline CPU:%d\n", _cpu);
245                    } else {                                        ── Event condition is a second
246                            if (cpu_online(_cpu))                      predetermined type
247                                    continue;
248                            ret = cpu_up(_cpu);                     ── Recover
249                            if (ret)
``` https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
|  | ```
5014.            qcom,ibat-monitor {
5015.                qcom,low-threshold-uamp = <0x33e140>;
5016.                qcom,high-threshold-uamp = <0x401640>;
5017.                qcom,mitigation-freq-khz = <0x8ca00>;
5018.                qcom,vph-high-threshold-uv = <0x3567e0>;
5019.                qcom,vph-low-threshold-uv = <0x325aa0>;
5020.                qcom,soc-low-threshold = <0xa>;
5021.                qcom,thermal-handle = <0xa0>;
5022.            };
5023.        };
```  https://pastebin.com/U0i7nP4P  Threshold Values from the table (dtsi) are imported into the battery_current_limit module thru a record data type (bcl). |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
| | ```
1519
1520        BCL_FETCH_DT_U32(ibat_node, key, "qcom,low-threshold-uamp", ret,
1521                bcl->ibat_low_thresh.trip_value, ibat_probe_exit);
1522        BCL_FETCH_DT_U32(ibat_node, key, "qcom,high-threshold-uamp", ret,
1523                bcl->ibat_high_thresh.trip_value, ibat_probe_exit);
1524        BCL_FETCH_DT_U32(ibat_node, key, "qcom,mitigation-freq-khz", ret,
1525                bcl->bcl_p_freq_max, ibat_probe_exit);
1526        BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-high-threshold-uv", ret,
1527                bcl->vbat_high_thresh.trip_value, ibat_probe_exit);
1528        BCL_FETCH_DT_U32(ibat_node, key, "qcom,vph-low-threshold-uv", ret,
1529                bcl->vbat_low_thresh.trip_value, ibat_probe_exit);
1530        BCL_FETCH_DT_U32(ibat_node, key, "qcom,soc-low-threshold", ret,
1531                soc_low_threshold, ibat_probe_exit);
```<br><br>The values of the table are now inside the record, bcl. The State of Charge low threshold is saved in a variable soc_low_threshold.<br><br>```
174         /* BCL Peripheral monitor parameters */
175         struct bcl_threshold ibat_high_thresh;
176         struct bcl_threshold ibat_low_thresh;
177         struct bcl_threshold vbat_high_thresh;
178         struct bcl_threshold vbat_low_thresh;
179         uint32_t bcl_p_freq_max;
180    };
```<br><br>**Different possible event types**<br><br>https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
|  | ```
17    #define BCL_NAME_MAX_LEN 20
18
19    enum bcl_trip_type {
20            BCL_HIGH_TRIP,
21            BCL_LOW_TRIP,
22            BCL_TRIP_MAX,
23    };
```  https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/include/linux/msm_bcl.h ```
31    struct bcl_threshold {
32            int                  trip_value;
33            enum bcl_trip_type   type;
34            void                 *trip_data;
35            void (*trip_notify)  (enum bcl_trip_type, int, void *);
36    };
``` |

EXHIBIT B

| Pat 6,819,539 | AT&T's Sale of the LG V30 ("The Accused Product") |
|---|---|
| | ```
214   static void __ref bcl_handle_hotplug(struct work_struct *work)
215   {
216           int ret = 0, _cpu = 0;
217   
218           mutex_lock(&bcl_hotplug_mutex);
219           if (cpumask_empty(bcl_cpu_online_mask))
220                   bcl_update_online_mask();
221   
222           if (bcl_soc_state == BCL_LOW_THRESHOLD          ← First event
223                   || bcl_vph_state == BCL_LOW_THRESHOLD)
224                   bcl_hotplug_request = bcl_soc_hotplug_mask;
225           else if (bcl_ibat_state == BCL_HIGH_THRESHOLD)
226                   bcl_hotplug_request = bcl_hotplug_mask;
227           else                                             ← Second event
228                   bcl_hotplug_request = 0;
229   
230           for_each_possible_cpu(_cpu) {
231                   if ((!(bcl_hotplug_mask & BIT(_cpu))
232                           && !(bcl_soc_hotplug_mask & BIT(_cpu)))
233                           || !(cpumask_test_cpu(_cpu, bcl_cpu_online_mask)))
234                           continue;
235   
236                   if (bcl_hotplug_request & BIT(_cpu)) {
237                           if (!cpu_online(_cpu))
238                                   continue;
239                           ret = cpu_down(_cpu);
```
https://android.googlesource.com/kernel/msm/+/refs/heads/android-msm-angler-3.10-nougat/drivers/power/battery_current_limit.c

The new values of bcl_vph_state and bcl_ibat_state are compared against the threshold values from the table. |

EXHIBIT B