IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PEARL IP LICENSING LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**AT&T CORP.;**<br>**AT&T COMMUNICATIONS, LLC;**<br>**AT&T MOBILITY LLC; AND**<br>**AT&T SERVICES, INC.,**<br><br>    **Defendants.** | Case No. 6:20-cv-00350-ADA |

**CONSENT MOTION TO STAY ALL DEADLINES PENDING FINAL SETTLEMENT**

Now comes Plaintiff, Pearl IP Licensing, LLC, by and through its undersigned counsel, and advises the Court that an Agreement that wholly, or at least substantially, resolves the present case is near finalization and it is anticipated that the Agreement will be wholly executed in the next two weeks.  Based on certain confidential consideration terms, Plaintiff anticipates that it can dismiss the present case within the next sixty (60) days, but, because of various issues, including the upcoming holidays, the case would not be in a position to be dismissed much earlier than January 20, 2021.

NOW THEREFORE, Plaintiff, with the consent of the Defendants, respectfully requests that all pending deadlines be continued for an additional 60 days, until and including January 20, 2021.  This stay is not sought for the purpose of delay but so that justice may be served.

Dated:  November 20, 2020 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/George Pazuniak*
　　　　　　　　　　　　　　　　　　　　George Pazuniak (PHV)
　　　　　　　　　　　　　　　　　　　　O'Kelly & Ernst LLC
　　　　　　　　　　　　　　　　　　　　824 N. Market Street, Suite 1001A
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　　　　　　　　　302-478-4230
　　　　　　　　　　　　　　　　　　　　gp@del-iplaw.com

　　　　　　　　　　　　　　　　　　　　Jay Johnson
　　　　　　　　　　　　　　　　　　　　1910 Pacific Avenue, Suite 13000
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Phone: (214) 451 -0164
　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 451-0165
　　　　　　　　　　　　　　　　　　　　jay@kjpllc.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Defendants and counsel for Defendants do consent to this motion.

　　　　　　　　　　　　　　　　　　　　*/s/George Pazuniak*
　　　　　　　　　　　　　　　　　　　　George Pazuniak (PHV)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*/s/George Pazuniak*
　　　　　　　　　　　　　　　　　　　　George Pazuniak (PHV)