# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PEARL IP LICENSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T CORP.;<br>AT&T COMMUNICATIONS, LLC;<br>AT&T MOBILITY LLC; AND<br>AT&T SERVICES, INC.,<br><br>    Defendants. | Case No. 6:20-cv-00350-ADA |

## ORDER GRANTING CONSENT MOTION TO STAY ALL DEADLINES

On this date came for consideration Pearl IP Licensing LLC's Consent Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered the motion, finds that it should be granted in order to provide time for Pearl IP to finalize, execute and perform an agreement that will resolve pending claims between the parties.

It is therefore ORDERED that the Consent Motion to Stay All Deadlines is GRANTED.

It is further ORDERED that all deadlines among Pearl IP Licensing LLC and ALL DEFENDANTS are stayed for an additional 60 days up to and including January 20, 2021.

SO ORDERED.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE